# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:10 cr 32-9

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| JARROD DEANDRE HAUSLEY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS CAUSE** coming on to be heard, pursuant to a motion entitled "Defendant Motion to Continue" (#53) filed by defendant's counsel. In the motion, defendant requests the court to continue a bond hearing. The court will continue the hearing of both the issues of arraignment and detention until June 24, 2010.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the motion entitled "Defendant Motion to Continue" (#53) is hereby **ALLOWED** and the arraignment and detention hearing in this matter be continued to **June 24, 2010.**

Signed: June 28, 2010

Dennis L. Howell
United States Magistrate Judge